UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| DEBORAH KENNEDY, ET AL., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | CIVIL ACTION NO. |
| VS. | ) | |
| | ) | 3:06-CV-0716-G |
| DALLAS, TEXAS POLICE | ) | |
| DEPARTMENT, ET AL., | ) | **ECF** |
| | ) | |
| Defendants. | ) | |

### ORDER

After conducting a review of the pleadings, files and records in this case, and the findings and recommendation of the United States Magistrate Judge in accordance with 28 U.S.C. § 636(b)(1), I am of the opinion that the findings and recommendation of the Magistrate Judge with regard to plaintiff **Paula Colleen Epperson** are correct, and they are hereby accepted as the findings of the court.

**SO ORDERED**.

August 15, 2006.

_____
A. JOE FISH
CHIEF JUDGE