UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| DEBORAH KENNEDY, ET AL., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | CIVIL ACTION NO. |
| VS. ) | |
| ) | 3:06-CV-0716-G |
| DALLAS POLICE DEPARTMENT, ) | |
| ET AL., ) | **ECF** |
| ) | |
| Defendants. ) | |

### ORDER

After conducting a review of the pleadings, files and records in this case, and the findings and recommendation of the United States Magistrate Judge in accordance with 28 U.S.C. § 636(b)(1), I am of the opinion that the findings and recommendation of the Magistrate Judge are correct, and they are hereby accepted as the findings of the court.

**SO ORDERED**.

January 3, 2007.

_____
A. JOE FISH
CHIEF JUDGE